**Order entered July 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00185-CV

**AMREIT SSPF PRESTON TOWNE CROSSING LP, AMREIT SSPF PTC ANCHOR LP, AMREIT SSPF BERKELEY LP AND AMREIT SSPF PRESTON GOLD LP, Appellants**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-03779-2017**

## ORDER

Before the Court is appellants' "First Unopposed Motion to Extend Time to File Appellants' Reply Brief." Appellants' motion is **GRANTED**. Appellants' reply brief shall be filed by August 28, 2019.

/s/     KEN MOLBERG
        JUSTICE